UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. No.: 6:09-cr-00578-GRA-5 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | (Written Opinion) |
| Charles A. Burgess | ) | |
| | ) | |
| _____ ) | | |

This matter is before the Court pursuant to Petitioner's Motion for Leave to Proceed *In Forma Pauperis* with his Motion for Relocation action.  ECF No. 388.

Petitioner has submitted an affidavit that conforms to the requirements of 28 U.S.C. § 1915 (2006).  *Id.*  Therefore, this Court grants Petitioner leave to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* be **GRANTED.**

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

March  9 , 2015
Anderson, South Carolina